\#

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Wednesday, December 11, 2019

**MINUTES OF PROCEEDINGS** **IN**      Open Court
**PRESENT**: THE HONORABLE     Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy:   Lori Baxter
Law Clerk:    Josh Lang                                                                    Reporter:    Carol Naughton, OCR

| Set: 2:30 p.m. | Started: 2:30 p.m. | Ended: 3:22 p.m. |
|---|---|---|

Case No.    2:18cv531

           The Cincinnati Insurance Company

                         v.

           Norfolk Truck Center, Inc.

Appearances:    Robert T. Ross and Robert W. Best for the Plaintiff.    William W. Nexsen for the Defendant.

Bench Trial held.    Plaintiff presented evidence.    Argument of Defendant heard.    For the reasons stated on the record, the Court GRANTS summary judgment to the Defendants and orders that the Plaintiff pay the policy coverage of $250,000.00 to the Defendant.    The Court will publish a written opinion stating the Court's findings.    Court adjourned.

Plaintiff's Exhibits:
Exhibits 1-11
Excerpt of Exhibit 9
Exhibit 12 – Folder with Expert Designations